# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LOPEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>TRANSPORTATION WORKERS UNION LOCAL 234, et al.<br><br>*Defendants*. | CIVIL ACTION<br>NO. 16-05515 |

## ORDER

**AND NOW**, this 12th day of April, 2018, upon consideration of Defendant Transportation Workers Union Local 234's Motion for Summary Judgment (ECF No. 34), Plaintiff's Response (ECF No. 38), Defendant Southeastern Pennsylvania Transportation Authority's Motion for Summary Judgment (ECF No. 35), Plaintiff's Response (ECF No. 37), and following oral argument (ECF No. 46), it is hereby **ORDERED** that:

1. Defendant Transportation Workers Union Local 234's Motion for Summary Judgment (ECF No. 34) is **GRANTED**. Judgment is entered for the Defendant on Count II.

2. Defendant Southeastern Pennsylvania Transportation Authority's Motion for Summary Judgment (ECF No. 35) is **GRANTED**. Judgment is entered for the Defendant on Count III.

3. The Clerk of Court is directed to mark this case **CLOSED**.

                                                BY THE COURT:

                                                ***/s/ Gerald J. Pappert***
                                                GERALD J. PAPPERT, J.